UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

       Plaintiff,

v.

                                      Civil Case No. 17-12873
                                      Honorable Linda V. Parker

TOMIKA BRAY, KHALILAH CONEY,
DAJIA CONEY, and
LAWRENCE E. MOON FUNERAL HOME, INC.,

       Defendants.
_____/

## OPINION AND ORDER

Plaintiff UNUM Life Insurance Company of America ("UNUM") filed this interpleader action on August 30, 2017, seeking to determine the beneficiary of certain insurance proceeds payable upon the death of Marcus Coney, Sr. On November 16, 2017, this Court entered an order allowing UNUM to deposit those proceeds (i.e., $30,000) into an interest-bearing account with the Clerk of the Court and dismissing with prejudice UNUM as a party to this action. (ECF No. 25.) At a settlement conference with Magistrate Judge Elizabeth A. Stafford on March 14, 2018, Defendants reached an agreement to settle this matter. Magistrate Judge Stafford therefore issued a Report and Recommendation ("R&R") on March 23,

2018, recommending that this Court enter an order disbursing the interpleaded funds pursuant to the parties' settlement and terminate this action. (ECF No. 47.)

At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*. at Pg ID 297.) No party filed objections to the R&R.

The Court adopts the R&R. Pursuant to the R&R and the parties' settlement,

**IT IS ORDERED** that the funds paid into the registry of the Court by Unum Life Insurance Company of America on January 18, 2018 shall be forthwith released and made payable as follows:

$5,200 to Larry E. Moon Funeral Home and sent in c/o of Law Office of Loyst Fletcher, Jr., 718 Beach Street, Flint, MI 48502-4410; and

The balance of the interpleader funds plus interest to Interpleader Law, LLC at 9015 Bluebonnet Blvd., Baton Rouge, LA 70810.

**IT IS FURTHER ORDERED** that this action is **TERMINATED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: April 18, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 18, 2018, by electronic and/or U.S. First Class mail.

                                                    s/ R. Loury  
                                                    Case Manager